United States District Court
Southern District of Texas
**ENTERED**
April 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUENTER SCHOTT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-141 |
| | § | |
| NOBILIS HEALTH CORP., *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Guenter Schott moves to extend the deadline to respond to Nobilis Health Corp.'s motion to dismiss. (Docket Entry No. 16). Nobilis opposed the motion. (Docket Entry No. 18). In light of the complexity of this case and the issues raised in Nobilis's motion to dismiss, the court grants in part and denies in part Schott's motion. The court extends the deadline for Schott to respond to the motion to dismiss to May 16, 2016.

SIGNED on April 6, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge