UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUENTER SCHOTT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NOBILIS HEALTH CORP., CHRISTOPHER H. LLOYD, KENNETH J. KLEIN, and ANDY CHEN,<br><br>Defendants. | Case No. 4:16-cv-00141 |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**WHEREAS**, no defendant in the above-captioned action, *Schott v. Nobilis Health Corp. et al.*, 4:16-cv-00141, brought before the United States District Court for the Southern District of Texas, has served an answer or motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Guenter Schott hereby voluntarily dismisses the above-captioned action, with prejudice, as to all defendants. All parties will bear their own costs and fees.

Dated: October 24, 2016

Respectfully submitted,

/s/ Willie C. Briscoe
THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
State Bar No. 24001788
Southern District No. 25157
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: 214/239-4568
281/254-7789 (fax)
wbriscoe@thebriscoelawfirm.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Michael J. Wernke
J. Alexander Hood II
Marc Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
mjwernke@pomlaw.com
ahood@pomlaw.com
mgorrie@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on all counsel of record through the Court's e-file system on this 24th day of October, 2016.

/s/ Willie C. Briscoe
WILLIE C. BRISCOE